Turner P. Smith (admitted pro hac vice)
Michael J. Brown (admitted pro hac vice)
Curtis, Mallet-Prevost, Colt & Mosle LLP
101 Park Avenue
New York, New York 10178-0061
Telephone: (212) 696-6000
Facsimile: (212) 697-1559

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| VISTAN CORPORATION,<br><br>Plaintiff,<br><br>-v-<br><br>PAN AMERICAN ENGINEERING<br>and EQUIPMENT CO., INC.,<br><br>and<br><br>FADEI S.A. a/k/a FABRICA DE EQUIPOS INDUSTRALES a/k/a FADEI CORP.,<br><br>and<br><br>MANUEL SILVA,<br><br>Defendants. | CASE NO. C07 00303 SI<br><br>STIPULATION AND ORDER MODIFYING CASE MANAGEMENT CONFERENCE SCHEDULE |

WHEREAS on January 17, 2007, Plaintiff Vistan Corporation ("Vistan") filed its Complaint commencing this action against defendants Pan American Engineering and Equipment Co., Inc. ("Pan American"), Fadei S.A. ("Fadei") and Manuel Silva ("Silva");

WHEREAS on April 13, 2007, defendants Pan American and Silva answered the Complaint with counterclaims;

WHEREAS defendant Fadei, an Argentine company, has not yet been served in accordance with the Hague Convention;

1     WHEREAS local co-counsel for Vistan, Mr. Llewellyn E. Thompson II, died on April 24, 2007, leaving Plaintiff without local counsel in this matter;

    WHEREAS counsel for Vistan and counsel for defendants Pan American and Silva, Musick, Peeler & Garrett LLP, have agreed to reschedule the Case Management Conference to allow the parties to properly prepare therefore;

    NOW, THEREFORE, Vistan and defendants Pan American and Silva hereby stipulate, by and through their respective counsel, subject to the approval of the Court, that the Case Management Conference for this case be rescheduled to June 29, 2007, and that the deadlines set forth in the Court's Order Setting Initial Case Management Conference and ADR Deadlines be adjusted accordingly with the rescheduled conference date.

Respectfully submitted,

Dated: April 25, 2007

**CURTIS, MALLET-PREVOST,
COLT & MOSLE LLP**

By: /MichaelJBrown/
    Turner P. Smith (pro hac vice)
    Michael S. Brown (pro hac vice)
Attorneys for Plaintiff Vistan Corporation

Dated: April 25, 2007

**MUSICK, PEELER & GARRETT LLP**

By: [signature]
    Barry Hovis (State Bar No. 050782)
Attorneys for Defendants Pan American Engineering and Equipment Co., Inc. and Manuel Silva

1                          ORDER

2       The Court, having reviewed the foregoing Stipulation and Order, and good cause

3 appearing, hereby ORDERS that the foregoing Stipulation and Order shall be and hereby is

4 entered as the Court's Order. PURSUANT TO STIPULATION, IT IS SO ORDERED.

5       Dated: April ___, 2007

                                                 _____

                                                 Honorable Susan Illston
                                                 U.S. District Judge