Turner P. Smith (admitted pro hac vice)
Michael J. Brown (admitted pro hac vice)
Curtis, Mallet-Prevost, Colt & Mosle LLP
101 Park Avenue
New York, New York 10178-0061
Telephone: (212) 696-6000
Facsimile: (212) 697-1559

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| VISTAN CORPORATION, | ) |
| Plaintiff, | ) |
| -v- | ) CASE NO. C07 00303 SI |
| PAN AMERICAN ENGINEERING and EQUIPMENT CO., INC., | ) |
| and | ) STIPULATION AND ORDER MODIFYING |
| FADEI S.A. a/k/a FABRICA DE EQUIPOS INDUSTRALES a/k/a FADEI CORP., | ) CASE MANAGEMENT CONFERENCE SCHEDULE |
| and | ) |
| MANUEL SILVA, | ) |
| Defendants. | ) |

WHEREAS on January 17, 2007, Plaintiff Vistan Corporation ("Vistan") filed its Complaint commencing this action against defendants Pan American Engineering and Equipment Co., Inc. ("Pan American"), Fadei S.A. ("Fadei") and Manuel Silva ("Silva");

WHEREAS on April 13, 2007, defendants Pan American and Silva answered the Complaint with counterclaims;

WHEREAS defendant Fadei, an Argentine company, has not been served and has not appeared in the case, however the complaint is out for service in accordance with the Hague Convention;

Stipulation and Order Modifying Case Management Conference Schedule                                1

3701201v2

WHEREAS Plaintiff intends to file an Amended Complaint, and counsel for answering defendants Pan American and Silva hereby consents to such filing;

WHEREAS counsel for Vistan and counsel for defendants Pan American and Silva, Musick, Peeler & Garrett LLP, have agreed to reschedule the Case Management Conference to allow the parties to properly prepare therefore;

NOW, THEREFORE, Vistan and defendants Pan American and Silva hereby stipulate, by and through their respective counsel, subject to the approval of the Court, that the Case Management Conference for this case be rescheduled to August 17, 2007, and that the deadlines set forth in the Court's Order Setting Initial Case Management Conference and ADR Deadlines be adjusted accordingly with the rescheduled conference date.

Respectfully submitted,

Dated: June    , 2007      **CURTIS, MALLET-PREVOST,**
                                       **COLT & MOSLE LLP**

By:  /MichaelJBrown/
       Turner P. Smith (pro hac vice)
       Michael S. Brown (pro hac vice)
       Attorneys for Plaintiff Vistan Corporation

Dated: June 3, 2007         **MUSICK, PEELER & GARRETT LLP**

By:  _____
       Barry Hovis (State Bar No. 050782)
       Attorneys for Defendants Pan American Engineering
       and Equipment Co., Inc. and Manuel Silva

## ORDER

The Court, having reviewed the foregoing Stipulation and Order, and good cause appearing, hereby ORDERS that the foregoing Stipulation and Order shall be and hereby is entered as the Court's Order. PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: June ___, 2007

_____
Honorable Susan Illston
U.S. District Judge