IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VISTAN CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>PAN AMERICAN ENGINEERING AND EQUIPMENT CO. INC., ET AL,<br><br>Defendant. | No. C 07-00303 SI<br><br>**PRETRIAL PREPARATION ORDER** |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: March 7, 2008 at 2:30 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is August 29, 2008.

DESIGNATION OF EXPERTS: 9/5/08; REBUTTAL: 9/26/08.
Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is October 24, 2008.

DISPOSITIVE MOTIONS **SHALL** be filed by November 14, 2008;

Opp. Due November 28, 2008; Reply Due December 5, 2008;

and set for hearing no later than December 19, 2008 at 9:00 AM.

PRETRIAL CONFERENCE DATE: January 27, 2009 at 3:30 PM.

JURY TRIAL DATE: February 17, 2009 at 8:30 AM.,
Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be _ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
Any motions to dismiss the counterclaims shall be filed as soon as possible.
(See attached patent schedule)

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated:

SUSAN ILLSTON
United States District Judge