CURTIS, MALLET-PREVOST, COLT & MOSLE LLP
TURNER P. SMITH (*pro hac vice*)
MICHAEL J. BROWN (*pro hac vice*)
101 Park Avenue
New York, New York, 10178-0061
Telephone:   212-696-6000
Facsimile:    212-697-1559
Electronic mail:    tsmith@cm-p.com
                    mbrown@cm-p.com

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
   A Limited Liability Partnership
   Including Professional Corporations
NEIL A. SMITH, Cal. Bar No. 63777
NATHANIEL P. BRUNO, Cal. Bar No. 228118
Four Embarcadero Center, 17th Floor
San Francisco, California  94111-4109
Telephone:   415-434-9100
Facsimile:    415-434-3947

Attorneys for Plaintiff and Counter-Defendant
VISTAN CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VISTAN CORPORATION,<br><br>           Plaintiff,<br><br>    v.<br><br>PAN AMERICAN ENGINEERING and EQUIPMENT CO., INC.,<br>and<br>FADEI S.A. a/k/a FABRICA DE EQUIPOS INDUSTRALES a/k/a FADEI CORP.,<br>and<br>MANUEL SILVA,<br>and<br>KB PACKING LP,,<br><br>           Defendants. | Case No. C07-00303-SI<br><br>**STIPULATION AND ORDER OF STAY OF CASE TO FACILITATE SETTLEMENT** |
| AND RELATED COUNTERCLAIM by Pan American Engineering, Manuel Silva and Fadei, | |

W02-WEST:5NAS1\400509520.4

STIPULATION AND ORDER OF STAY OF CASE TO FACILITATE SETTLEMENT

1  Plaintiff VISTAN CORPORATION and Defendants PAN AMERICAN ENGINEERING
2  and EQUIPMENT CO., INC. FADEI S.A. a/k/a FABRICA DE EQUIPOS INDUSTRIALES a/k/a
3  FADEI CORP., MANUEL SILVA, and KB PACKING LP, by their counsel, hereby respectfully
4  request that the Court enter this Order, pursuant to the Stipulation of all of the parties to this
5  Action.

6  Plaintiff and Defendants, together with their counsel, and/or authorized representatives,
7  with authority to bind them, participated in an Early Neutral Evaluation Conference pursuant to
8  the Alternative Dispute Resolution rules of this Court. The Evaluator, Jack Slobodin, Esq., acting
9  in an effective role as a mediator, assisted the parties, in reaching an agreement on a tentative basis
10 for settlement of this Action which occurred on October 24, 2007. The settlement provides for
11 various actions to be taken by the parties within 120 days after October 24, 2007.

12 In order to facilitate the contemplated settlement, the parties respectfully request that the
13 Court order a stay of this action for a period not to exceed 120 days and that all dates previously
14 set by this Court be extended by 120 days, as the Court's schedule permits.

15 Pursuant to the agreement of the parties, the stay applies to all actions in this Court and
16 action, except that the Defendants will produce the documents requested in recently-served
17 Requests for Production of Documents served upon Defendants on October 24, 2007, on or before
18 an extended deadline of November 30, 2007. All others actions and discovery shall be stayed.

19 If settlement is not effective by a request for Final Judgment in this Court, within the 120-
20 day extension, all actions, deadlines and/or obligations shall be reinstated with new dates 120 days
21 later.

W02-WEST:5NAS1\400509520.4

-1-

STIPULATION AND ORDER OF STAY OF CASE TO FACILITATE SETTLEMENT

The parties, by and through their counsel, enter into this Stipulation and request that the Court enter this Order.

Dated: November 19, 2007

                                  Respectfully submitted,

                                  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

                                  By   /s/ Neil A. Smith
                                           NEIL A. SMITH

                                  Attorneys for Plaintiff and Counter-Defendant
                                  VISTAN CORPORATION

Dated: November ____, 2007

                                  CURTIS MALLET-PREVOST COLT & MOSLE

                                  By  _____
                                           MICHAEL J. BROWN

                                  Attorneys for Plaintiff and Counter-Defendant
                                  VISTAN CORPORATION

Dated: November ____, 2007

                                  MUSICK, PEELER & GARRETT, LLP

                                  By  _____
                                           BARRY HOVIS

                                  Attorneys for Defendants

-2-

The parties, by and through their counsel, enter into this Stipulation and request that the Court enter this Order.

Dated: November ___, 2007

                    Respectfully submitted,

                    SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

                    By _____
                         NEIL A. SMITH

                    Attorneys for Plaintiff and Counter-Defendant
                    VISTAN CORPORATION

Dated: November 19, 2007

                    CURTIS MALLET-PREVOST COLT & MOSLE

                    By _____
                         MICHAEL J. BROWN

                    Attorneys for Plaintiff and Counter-Defendant
                    VISTAN CORPORATION

Dated: November ___, 2007

                    MUSICK, PEELER & GARRETT, LLP

                    By _____
                         BARRY HOVIS

                    Attorneys for Defendants

1  The parties, by and through their counsel, enter into this Stipulation and request that the
2  Court enter this Order.
3  Dated: November ____, 2007

4                          Respectfully submitted,

5                          SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

6

7                          By _____
8                               NEIL A. SMITH

9                          Attorneys for Plaintiff and Counter-Defendant
                           VISTAN CORPORATION
10 Dated: November ____, 2007

11                      CURTIS MALLET-PREVOST COLT & MOSLE
12

13                          By _____
14                               MICHAEL J. BROWN

15                          Attorneys for Plaintiff and Counter-Defendant
                           VISTAN CORPORATION
16
Dated: November _18_, 2007
17

18                      MUSICK, PEELER & GARRETT, LLP

19
20                          By /s/ Barry Hovis
                              BARRY HOVIS

21                          Attorneys for Defendants
22 The case management
23 conference has been
continued to 3/21/08
24 @ 2:30 p.m. with a
joint statement due one
25 week prior.

**IT IS SO ORDERED**
/s/ Susan Illston
Judge Susan Illston

26
27
28

W02-WEST:5NAS1\400509520.4              -2-             STIPULATION AND ORDER OF STAY OF CASE TO FACILITATE SETTLEMENT