**[COUNSEL LISTED ON SIGNATURE PAGE]**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VISTAN CORPORATION,<br><br>    Plaintiff,<br><br>    -v-<br><br>PAN AMERICAN ENGINEERING and EQUIPMENT CO., INC.,<br>    and<br><br>FADEI S.A. a/k/a/ FABRICA DE EQUIPOS INDUSTRALES a/ka/ FADEI CORP.,<br>    and<br><br>MANUEL SILVA,<br>    and<br><br>KB PACKING LP,<br>    Defendants.<br><br>AND RELATED COUNTERCLAIM | Case No. C07-00303-SI<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE TO FACILITATE SETTLEMENT**<br><br>Current CMC Date: March 21, 2008<br>Current CMC Time: 2:30 p.m.<br><br>**Proposed New CMC Date: April 25, 2008**<br>**Proposed New CMC Time: 2:30 p.m. (same)**<br><br>Courtroom 10, 19th Floor<br><br>Honorable Susan Illston<br>United States District Judge |

# STIPULATION

Pursuant to Civil Local Rule 7-12, Plaintiff VISTAN CORPORATION ("Vistan") and Defendants PAN AMERICAN ENGINEERING and EQUIPMENT CO., INC., FADEI S.A. a/k/a FABRICA DE EQUIPOS INDUSTRALES a/k/a FADEI CORP., MANUEL SILVA, and KB PACKING LP (collectively "Defendants"), through their respective counsel of record, jointly request and stipulate that the Court continue the further Case Management Conference ("CMC") in this action from March 21, 2008 to the new date of **April 25, 2008**, for the following reasons:

1. On or about October 24, 2007, the parties participated in an Early Neutral Evaluation Conference and reached an agreement on a tentative basis for settlement of this matter, pending various actions to be taken by the parties. On November 21, 2007, this Court entered an order on a previous stipulation of the parties, staying this action for 120 days to allow the parties time to take the actions contemplated by their tentative settlement agreement. (*See* Docket No. 41.) In that order, the Court set a case management conference for March 21, 2008 at 2:30 p.m. (*See id.*)

2. Since the time the Court's order [Docket No. 41] was entered, the parties have endeavored to complete the actions contemplated by their tentative settlement agreement, have accomplished most of the actions, and had anticipated accomplishing all of them and filing a dismissal prior to March 21, 2008. However, it now appears the parties need a brief extension of time in order to arrange for the final inspections contemplated by their tentative settlement agreement.

3. The parties anticipate that one extra month should be ample time for them to arrange for the final inspection necessary to bring this matter to a close.

Because the parties have been engaging in earnest efforts to settle this action in full, wish to continue those efforts, and anticipate their efforts will dispose of this action, and in order for any further case management conference that may be necessary to be as meaningful as possible, the parties request and stipulate that this Court continue the March 21, 2008 CMC to **April 25, 2008**, at 2:30 p.m. If necessary, the parties will file a further joint case management statement on or before April 18, 2008.

-2-

W02-WEST:6NB1\400749243.1
Case No. C07-00303-SI

STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE TO FACILITATE SETTLEMENT

By his signature below, counsel for Vistan attests that counsel for all parties concur in the filing of this Stipulation.

Dated: March 17, 2008

CURTIS, MALLET-PREVOST, COLT & MOSLE LLP

By: _____/s/ Nathaniel Bruno_____
Turner P. Smith
Michael J. Brown
101 Park Avenue
New York, New York 10178-0061
Telephone: 212-696-6000
Facsimile: 212-697-1559

SHEPPARD MULLIN RICHTER & HAMPTON LLP

Neil A. Smith
Nathaniel Bruno
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111-4106
Telephone: 415.434.9100
Facsimile: 415.434.3947

Attorneys for Plaintiff
VISTAN CORPORATION

Dated: March 17, 2008

MUSICK, PEELER & GARRETT LLP

By: _____/s/ Barry Hovis_____
Barry Hovis
Whit Bivens
Catherine M. Lee
120 Montgomery Street, Suite 2550
San Francisco, CA 94104-2000
Telephone: 415-281-2000
Facsimile: 415-281-2010

Attorneys for Defendants PAN AMERICAN ENGINEERING AND EQUIPMENT CO., INC., MANUEL SILVA, FADEI S.A. a/k/a/ FABRICA DE EQUIPOS INDUSTRIALES a/ka/ FADEI CORP., and KB PACKING LP

# [PROPOSED] ORDER

PURSUANT TO STIPULATION AND FOR GOOD CAUSE SHOWN, IT IS HEREBY ORDERED THAT:

The further Case Management Conference in this action currently scheduled for March 21, 2008 at 2:30 p.m. **is hereby continued to April 25, 2008 at 2:30 p.m.** A further joint case management statement shall be filed by the parties on or before April 18, 2008.

Dated: _____  _____

The Honorable Susan Illston
United States District Court Judge