**[COUNSEL LISTED ON SIGNATURE PAGE]**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VISTAN CORPORATION, | Case No. C07-00303-SI |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER VACATING ALL CALENDARED DATES PENDING CASE MANAGEMENT CONFERENCE ON APRIL 25, 2008** |
| -v- | |
| PAN AMERICAN ENGINEERING and EQUIPMENT CO., INC., and | |
| FADEI S.A. a/k/a/ FABRICA DE EQUIPOS INDUSTRALES a/ka/ FADEI CORP., and | Honorable Susan Illston<br>United States District Judge |
| MANUEL SILVA, and | |
| KB PACKING LP, | |
| Defendants. | |
| AND RELATED COUNTERCLAIM | |

**STIPULATION**

Pursuant to Civil Local Rule 7-12, Plaintiff VISTAN CORPORATION ("Vistan") and Defendants PAN AMERICAN ENGINEERING and EQUIPMENT CO., INC., FADEI S.A. a/k/a FABRICA DE EQUIPOS INDUSTRALES a/k/a FADEI CORP., MANUEL SILVA, and KB PACKING LP (collectively "Defendants"), through their respective counsel of record, jointly stipulate and request as follows:

1. WHEREAS, on or about October 24, 2007, the parties reached an agreement on a tentative basis for settlement of this matter, pending various actions to be taken by the parties;

2. WHEREAS, on November 21, 2007, this Court entered an order on a previous stipulation of the parties, staying this action for 120 days to allow the parties time to take the actions contemplated by their tentative settlement agreement [Docket No. 41];

3. WHEREAS, the Court's November 21, 2007 order [Docket No. 41] set a case management conference for March 21, 2008 at 2:30 p.m.;

4. WHEREAS, the Court entered an order today, March 19, 2008, granting the parties' stipulated request that the case management conference be continued to April 25, 2008 at 2:30 p.m. [Docket No. 143];

5. WHEREAS, given the parties' endeavors to bring a final resolution to this action in the most efficient manner possible for the parties and the Court, it was the intention and understanding of the parties that the prior stay of the Court [Docket No. 41] and the continuance of the Case Management Conference to April 25, 2008 [Docket No. 43] (which are incorporated herein by reference) would effectively take all dates off calendar and keep the matter on hold unless and until the April 25 case management conference is necessary, at which time the parties and the Court could agree on a new schedule for the case going forward;

NOW, THEREFORE, for the purpose of clarifying and managing the schedule in this action, IT IS HEREBY STIPULATED AND REQUESTED that the Court vacate all dates that may be pending on the Court's calendar other than the April 25, 2008 case management conference, and if necessary, the parties will convene with the Court on that date after having filed

-2-

1  a joint statement and agree upon a new schedule of dates for the action going forward, although
2  the parties anticipate a full resolution before that time.
3             By his signature below, counsel for Plaintiff Vistan attests that counsel for all
4  parties concur in the filing of this Stipulation.

5  Dated:    March 19, 2008            CURTIS, MALLET-PREVOST, COLT & MOSLE LLP

7                                      By: _____/s/ Nathaniel Bruno_____
                                           Turner P. Smith
8                                          Michael J. Brown
                                           101 Park Avenue
9                                          New York, New York  10178-0061
                                           Telephone: 212-696-6000
10                                         Facsimile: 212-697-1559

11                                         SHEPPARD MULLIN RICHTER &
                                           HAMPTON LLP
12
13                                         Neil A. Smith
                                           Nathaniel Bruno
14                                         Four Embarcadero Center, 17th Floor
                                           San Francisco, CA  94111-4106
15                                         Telephone:  415.434.9100
                                           Facsimile:  415.434.3947
16
                                           Attorneys for Plaintiff
17                                         VISTAN CORPORATION

18
19  Dated:    March 19, 2008            MUSICK, PEELER & GARRETT LLP

20
                                        By: _____/s/ Barry Hovis_____
21                                         Barry Hovis
                                           Whit Bivens
22                                         Catherine M. Lee
                                           120 Montgomery Street, Suite 2550
23                                         San Francisco, CA  94104-2000
                                           Telephone:  415-281-2000
24                                         Facsimile:  415-281-2010

25                                         Attorneys for Defendants PAN AMERICAN
26                                         ENGINEERING AND EQUIPMENT CO., INC.,
                                           MANUEL SILVA, FADEI S.A. a/k/a/ FABRICA
27                                         DE EQUIPOS INDUSTRALES a/ka/ FADEI
                                           CORP., and KB PACKING LP
28

# [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

All dates except the trial date (2/17/09) and the pretrial date are vacated.

Dated: _____   _____
The Honorable Susan Illston
United States District Court Judge