1  **[COUNSEL LISTED ON SIGNATURE PAGE]**
2
3
4
5
6
7
8
9
10
11

12                    UNITED STATES DISTRICT COURT
13                    NORTHERN DISTRICT OF CALIFORNIA
14                       SAN FRANCISCO DIVISION

| | |
|---|---|
| 15  VISTAN CORPORATION, | Case No. C07-00303-SI |
| 16              Plaintiff, | **STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE FROM APRIL 25, 2008 TO MAY 23, 2008 TO FACILITATE SETTLEMENT** |
| 17        -v- | |
| 18  PAN AMERICAN ENGINEERING and EQUIPMENT CO., INC., | |
| 19              and | Current CMC Date:  April 25, 2008<br>Current CMC Time:  2:30 p.m. |
| 20  FADEI S.A. a/k/a/ FABRICA DE EQUIPOS INDUSTRALES a/ka/ FADEI CORP., | |
| 21              and | **Proposed New CMC Date: May 23, 2008**<br>**Proposed New CMC Time: 2:30 p.m. (same)** |
| 22  MANUEL SILVA, | Courtroom 10, 19th Floor |
|         and | |
| 23  KB PACKING LP, | Honorable Susan Illston<br>United States District Judge |
| 24              Defendants. | |
| 25 | |
| 26  AND RELATED COUNTERCLAIM | |

-1-

W02-WEST:6NB1\400803580.1
Case No. C07-00303-SI

STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE FROM APRIL 25, 2008 TO MAY 23, 2008 TO FACILITATE SETTLEMENT

The parties submit the following stipulation requesting that the Court continue the April 25, 2008 CMC to **May 23, 2008**, at 2:30 p.m.:

### STIPULATION

Pursuant to Civil Local Rule 7-12, Plaintiff VISTAN CORPORATION ("Vistan") and Defendants PAN AMERICAN ENGINEERING and EQUIPMENT CO., INC., FADEI S.A. a/k/a FABRICA DE EQUIPOS INDUSTRALES a/k/a FADEI CORP., MANUEL SILVA, and KB PACKING LP (collectively "Defendants"), through their respective counsel of record, jointly stipulate and request as follows:

1. WHEREAS, on or about October 24, 2007, the parties reached an agreement on a tentative basis for settlement of this matter, pending various actions to be taken by the parties;

2. WHEREAS, on November 21, 2007, this Court entered an order on a previous stipulation of the parties, staying this action for 120 days to allow the parties time to take the actions contemplated by their tentative settlement agreement [Docket No. 41];

3. WHEREAS, the Court's November 21, 2007 order [Docket No. 41] set a case management conference for March 21, 2008 at 2:30 p.m.;

4. WHEREAS, the Court entered an order on March 19, 2008, granting the parties' stipulated request that the case management conference be continued to April 25, 2008 at 2:30 p.m. [Docket No. 143];

5. WHEREAS, the Court entered an order on March 20, 2008 vacating all dates in this action except the pretrial and trial dates and the April 25, 2008 case management conference by which date the parties had hoped to be able to complete the final inspection contemplated by their settlement agreement and resolve this action in full;

6. WHEREAS, despite numerous attempts, the parties have been unable to connect upon a mutually-satisfactory time for a final inspection of machines at the facility of KB Packing, but are nevertheless trying diligently to schedule a time when the appropriate personnel

-2-

W02-WEST:6NB1\400803580.1
Case No. C07-00303-SI

STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE FROM APRIL 25, 2008 TO MAY 23, 2008 TO FACILITATE SETTLEMENT

1  from both sides can be present to complete the inspection, and believe the inspection can be made
2  in the next few weeks;
3        NOW, THEREFORE, because the parties have been engaging in earnest efforts to
4  settle this action in full, wish to continue those efforts, and anticipate their efforts will dispose of
5  this action within the next few weeks, and in order for any further case management conference
6  that may be necessary to be as meaningful as possible should this litigation need to proceed and
7  new dates need to be set for the further progress of this litigation, IT IS HEREBY STIPULATED
8  AND REQUESTED that the Court continue the April 25, 2008 CMC to **May 23, 2008**, at 2:30
9  p.m.
10       By his signature below, counsel for Plaintiff Vistan attests that counsel for all
11 parties concur in the filing of this Stipulation.

12 Dated:     April 22, 2008             CURTIS, MALLET-PREVOST, COLT & MOSLE LLP

                                        By:      /s/ Nathaniel Bruno
                                        Turner P. Smith
                                        Michael J. Brown
                                        101 Park Avenue
                                        New York, New York 10178-0061
                                        Telephone: 212-696-6000
                                        Facsimile: 212-697-1559

                                        SHEPPARD MULLIN RICHTER & HAMPTON LLP

                                        Neil A. Smith
                                        Nathaniel Bruno
                                        Four Embarcadero Center, 17th Floor
                                        San Francisco, CA 94111-4106
                                        Telephone: 415.434.9100
                                        Facsimile: 415.434.3947

                                        Attorneys for Plaintiff
                                        VISTAN CORPORATION

| | | |
|---|---|---|
| 1 | Dated: April 22, 2008 | MUSICK, PEELER & GARRETT LLP |

By: _____/s/ Barry Hovis_____
Barry Hovis
Whit Bivens
Catherine M. Lee
120 Montgomery Street, Suite 2550
San Francisco, CA 94104-2000
Telephone: 415-281-2000
Facsimile: 415-281-2010

Attorneys for Defendants PAN AMERICAN ENGINEERING AND EQUIPMENT CO., INC., MANUEL SILVA, FADEI S.A. a/k/a/ FABRICA DE EQUIPOS INDUSTRALES a/ka/ FADEI CORP., and KB PACKING LP

### [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____    _____/s/ Susan Illston_____
The Honorable Susan Illston
United States District Court Judge

---

W02-WEST:6NB1\400803580.1
Case No. C07-00303-SI

-4-

STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE FROM APRIL 25, 2008 TO MAY 23, 2008 TO FACILITATE SETTLEMENT