**[COUNSEL LISTED ON SIGNATURE PAGES]**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VISTAN CORPORATION,<br><br>        Plaintiff,<br><br>    -v-<br><br>PAN AMERICAN ENGINEERING and EQUIPMENT CO., INC.,<br>        and<br><br>FADEI S.A. a/k/a/ FABRICA DE EQUIPOS INDUSTRALES a/ka/ FADEI CORP.,<br>        and<br><br>MANUEL SILVA,<br>        and<br><br>KB PACKING LP,<br>                   Defendants.<br><br>AND RELATED COUNTERCLAIM | Case No. C07-00303-SI<br><br>**[PROPOSED] ORDER ENTERING CONSENT JUDGMENT OF PERMANENT INJUNCTION AND ORDER DISMISSING REMAINDER OF ACTION AGAINST ALL PARTIES WITH PREJUDICE**<br><br>Courtroom 10, 19th Floor<br><br>Honorable Susan Illston<br>United States District Judge |

**CONSENT JUDGMENT**

Whereas the parties in this action have reached a full and complete settlement of the action, a term of which is entry of a consent judgment and permanent injunction with mutual dismissals with prejudice ("Judgment") in the form set forth below; and

Whereas the parties are represented by counsel who have approved the form and content of this Judgment as indicated by their signatures below; and

Whereas the settlement of the parties disposes of the entirety of the action; and

Whereas the parties' further agree to the continuing jurisdiction of this Court for purposes of enforcement of this Judgment; and

Whereas good cause therefore appears for entry of this Judgment,

NOW, THEREFORE, THIS COURT HEREBY ORDERS, ADJUDGES, AND DECREES AS FOLLOWS:

1. PAN AMERICAN ENGINEERING and EQUIPMENT CO., INC., FADEI S.A. a/k/a FABRICA DE EQUIPOS INDUSTRALES a/k/a FADEI CORP., MANUEL SILVA, and KB PACKING LP (collectively "Defendants"), and each of them, shall not sell, offer to sell, lease, distribute, or use fruit pitting machines that infringe U.S. Patent No. 5,870,949, and are hereby enjoined from doing so.

2. Defendants, and each of them, shall not use, seek to use, or encourage others to use or seek to use VISTAN CORPORATIONS ("Vistan's") replacement parts for any of Defendants' (collectively or individually) fruit pitting machines, and are hereby enjoined from doing so.

3. Defendants, and each of them, shall not use any name or trademark of Vistan in the selling, offering for sale, or receipt of any orders for fruit processed on any machine not based from Vistan, and are hereby enjoined from doing so.

4. All claims or counterclaims and all defenses of all parties in this action are dismissed with prejudice, with each party to bear its (or his) own costs and attorneys' fees.

1  5. The Case Management Conference set for 2:30 p.m. on May 23, 2008, as
2  well as all other dates calendared in this action, are hereby vacated. However, jurisdiction is
3  retained by this Court for the purpose of ensuring compliance with the terms of the Judgment, and
4  enabling the parties to apply to this Court for further orders as may be necessary or appropriate.

**IT IS SO ORDERED.**

Dated: _____     */s/ Susan Illston*
                                  _____
                                  The Honorable Susan Illston
                                  United States District Court Judge

APPROVED AS TO FORM AND CONTENT:

By his electronic signature below, and pursuant to General Order No. 45, counsel for Plaintiff Vistan attests that counsel for all parties concur in the filing of this document.

Dated: May 21, 2008

CURTIS, MALLET-PREVOST, COLT & MOSLE LLP

By: _____/s/ Nathaniel Bruno_____
Turner P. Smith
Michael J. Brown
101 Park Avenue
New York, New York 10178-0061
Telephone: 212-696-6000
Facsimile: 212-697-1559

SHEPPARD MULLIN RICHTER & HAMPTON LLP

Neil A. Smith
Nathaniel Bruno
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111-4106
Telephone: 415.434.9100
Facsimile: 415.434.3947

Attorneys for
VISTAN CORPORATION

W02-WEST:6NB1\400846761.2
Case No. C07-00303-SI

STIPULATION AND [PROPOSED] ORDER ENTERING CONSENT JUDGMENT OF PERMANENT INJUNCTION AND ORDER DISMISSING REMAINDER OF ACTION AGAINST ALL PARTIES WITH PREJUDICE

| | | |
|---|---|---|
| 1 | Dated: May 21, 2008 | MUSICK, PEELER & GARRETT LLP |
| 2 | | |
| 3 | | By: __/s/ D. Whitlow Bivens_____ |
| 4 | | Barry Hovis<br>D. Whitlow Bivens<br>Catherine M. Lee |
| 5 | | 120 Montgomery Street, Suite 2550<br>San Francisco, CA 94104-2000 |
| 6 | | Telephone: 415-281-2000<br>Facsimile: 415-281-2010 |
| 7 | | |
| 8 | | Attorneys for PAN AMERICAN ENGINEERING AND EQUIPMENT CO., INC., MANUEL SILVA, FADEI S.A. a/k/a/ FABRICA DE EQUIPOS INDUSTRALES a/ka/ FADEI CORP., and KB PACKING LP |

-5-

W02-WEST:6NB1\400846761.2
Case No. C07-00303-SI
STIPULATION AND [PROPOSED] ORDER ENTERING CONSENT JUDGMENT OF PERMANENT INJUNCTION AND ORDER DISMISSING REMAINDER OF ACTION AGAINST ALL PARTIES WITH PREJUDICE